UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN GIDIMIN KLIMAS, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | CASE NO.   06-73M <br><br><br> DETENTION ORDER |

Offense charged:

    Aggravated Identity Theft

Date of Detention Hearing: March 31, 2006

    The Court, having conducted an uncontested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Lawrence Lincoln.  The defendant was represented by Mike Filipovic.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

    (1)    Defendant's has an extensive criminal history including a number of charges involving alcohol/substance abuse.

    (2)    Defendant is homeless with a history of nonappearance and failing to comply; his ties to the Western District of Washington are unknown/unverified.

    (3)    The defendant's association with nine aliases and two social security numbers causes concern given the nature of the instant offense.

DETENTION ORDER
PAGE -1-

(4) The defendant stipulated to detention.

**It is therefore ORDERED:**

(l) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 3rd day of April, 2006.

MONICA J. BENTON
United States Magistrate Judge