UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR06-142RSL |
| Plaintiff, | ) ) | |
| vs. | ) ) | STIPULATED ORDER GRANTING EXTENSION OF PRETRIAL MOTIONS DUE DATE FROM MAY 25, 2006 TO JUNE 15, 2006 |
| JOHN GIDIMIN KLIMAS, | ) ) | |
| Defendant. | ) ) ) | |

THIS MATTER having come before the Court upon the Stipulated Motion to Extend Pretrial Motions Due Date, the Court having reviewed the stipulation, and the records and files herein,

IT IS NOW THEREFORE ORDERED that the due date for pretrial motions is

/ /

/ /

/ /

/ /

/ /

/ /

STIPULATED ORDER GRANTING EXTENSION
OF PRETRIAL MOTIONS DUE DATE
(*JOHN GIDIMIN KLIMAS*) –CR06-142RSL–            1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1  extended from May 25, 2006, to June 15, 2006.

2        DONE this 16th day of May, 2006.

3

4                             */s/ Robert S. Lasnik*
                          Robert S. Lasnik

5                            United States District Judge

6  Presented by:

7  s/ Michael Filipovic
WSBA No. 12319

8  Assistant Federal Public Defender
Attorney for John Gidimin Klimas

9  Federal Public Defender
1601 Fifth Avenue, Suite 700

10 Seattle, WA 98101
Tel. (206) 553-1100

11 Fax (206) 553-0120

12 Michael_Filipovic@fd.org

13

14 *Agreed to by stipulation, notice of presentment waived, signature approved per telephone authorization:*

15

16 s/ Lawrence Lincoln
Assistant United States Attorney

17

18

19

20

21

22

23

24

25

26

STIPULATED ORDER GRANTING EXTENSION
OF PRETRIAL MOTIONS DUE DATE
(*JOHN GIDIMIN KLIMAS*) –CR06-142RSL–    2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**