UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>           )<br>                        Plaintiff,  )<br>           )<br>           v.  )<br>           )<br>JOHN GIDIMIN KLIMAS,  )<br>           )<br>                        Defendant.  )<br>_____) | No. CR06-142RSL<br><br>ORDER DENYING DEFENDANT'S MOTION TO MODIFY TERMS OF SUPERVISED RELEASE |

This matter comes before the Court on "Defendant's Post Judgment Motion Seeking to Modify the Terms of Supervised Release Pursuant to Fed. R. Crim. P. Rule 32.1(c)" (Dkt. #30). The Court, having considered the motion, and the records and files herein, hereby DENIES defendant's motion.

DATED this 4th day of February, 2008.

*Robert S. Lasnik* (signature)

Robert S. Lasnik
United States District Judge