1
2
3
4
5

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-142-RSL |
| Plaintiff, | |
| v. | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS |
| JOHN GIDIMIN KLIMAS, | TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| Defendant. | |

     An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on June 8, 2010.  The United States was represented by Assistant United States Attorney Richard Cohen, and the defendant by Dennis Carroll.

     The defendant had been charged and convicted of Aggravated Identity Theft, in violation of 18 U.S.C. § 1028(a)(1)  On or about September 15, 2006, defendant was sentenced by the Honorable Robert S. Lasnik, to a term of 48 months in custody, to be followed by 2 years of supervised release.

     The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, financial disclosure, $125,906 restitution, search, and no identification in any other name other than the defendants.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons, dated June 7, 2010, U.S. Probation Officer Jennifer Van Flandern asserted the following violations by defendant of the conditions of his supervised release:

1. Using heroin on or before May 28 and June 6, 2010, in violation of standard condition number seven.

2. Using alcohol on or before May 29, 2010, in violation of the special condition that he abstain from the use of alcohol.

The defendant was advised of his rights, acknowledged those rights and admitted alleged violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on these violations has been set before the Honorable Robert S. Lasnik on June 22, 2010 at 9:00 a.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 8th day of June, 2010.

JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:        Honorable Robert S. Lasnik
    AUSA:                  Richard Cohen
    Defendant's attorney:  Dennis Carroll
    Probation officer:     Jennifer Van Flandern

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2